UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:08-22304-CIV-MARTINEZ-BROWN

CHESTER A. PEARSON,

    Plaintiff,

vs.

JAMES B. PEAKE, Secretary of Veterans Affairs,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    THE MATTER was referred to the Honorable Stephen Brown, United States Magistrate Judge for all pretrial matters. The Magistrate Judge filed two Reports and Recommendations **(D.E. Nos. 26, 39)** on Plaintiff's motions to amend **(D.E. Nos. 21, 37)**. The Court has reviewed the entire file and record. No objections have been filed. Being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Brown's Reports and Recommendations **(D.E. Nos. 26, 39)** are **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1. Plaintiff's motions to amend **(D.E. Nos. 21, 37)** are **DENIED**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of December, 2009.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record